# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15-626 M__
2) Defendant's Name: __Dodd__ __Michael__
   (Last)           (First)           (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__Yes __No   Date/Time: __7/9/15__
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: __X__
11) Temporary Order of Detention Entered: ___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __X__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Jack Dennehy__
14) DEFENSE COUNSEL'S NAME: __Royce Russell__
    Address: _____
    Bar Code: _____  CJA: __/__  FDNY: ___  RET: ___
    Telephone Number: (___) _____
15) LOG #: __(2:25 - 2:48)__ MAG. JUDGE: __Cheryl Pollak__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: __No bail package to present__

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20__

UNITED STATES MAGISTRATE JUDGE